SHB/JAW
AO 91 (Rev. 11/11) Criminal Complaint

2023R00389

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.                                             Case No.  23-mj-640 (DLM)

LENEAL FRAZIER, JR.,

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**:  On or about August 15, 2023, in Hennepin County, in the State and District of Minnesota, defendant Leneal FRAZIER, Jr., did knowingly and unlawfully take a motor vehicle, that is, a 2013 gray Ford Escape SUV, with Minnesota Plate PGE893, and VIN 1FMCU0G97DUB85440, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of another, by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119.

**Count 2**:  On or August 15, 2023, in Hennepin County, in the State and District of Minnesota, defendant Leneal FRAZIER, Jr., during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Complaint, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**Count 3**:  On or about August 15, 2023, in Hennepin County, in the State and District of Minnesota, defendant Leneal FRAZIER, Jr., having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 19, nine millimeter semiautomatic pistol, with an obliterated serial number and large capacity magazine, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Task Force Officer with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

David Ligneel, TFO, FBI
*Printed Name and Title*

Sworn to and signed before me, by reliable electronic means (Zoom and email), pursuant to Fed. R. Crim. P. 41(d)(3),

Date:  August 17 2023

_____
*Judge's Signature*

City and State:  St. Paul, MN                Douglas L. Micko, United States Magistrate Judge
*Printed Name and Title*