IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

LENEAL FRAZIER, JR.

Case No. 23-mj-640 DLM

**AFFIDAVIT OF DAVID LIGNEEL
IN SUPPORT OF A CRIMINAL COMPLAINT**

I, David Ligneel, being duly sworn under oath, depose and state as follows:

**INTRODUCTION**

1. I am a licensed Peace Officer of the State of Minnesota and have been for over 28 years. I am currently employed as a sergeant with the Minneapolis Police Department ("MPD") assigned to the Robbery Unit and have served in this capacity for over two years. I have been with the Minneapolis Police Department for 26 years and have served as an officer and sergeant in the Patrol Division, and as an investigator with the MPD / Federal Bureau of Investigation (FBI) Safe Streets Violent Gang Task Force for over 10 years. I am also currently a Task Force Officer with the FBI, serving on the Violent Crimes Task Force. In the execution of my duties, I have received training in conducting investigations of Organized Crime and Street Gangs, how to utilize informants, how to conduct social media investigations, and basic search warrant writing. I have received training from a number of

different sources ranging from the National Gang Crime Research Center, U.S. Department of Justice, the Midwest County Drug Training Center, the Minnesota Bureau of Criminal Apprehension, and the Minneapolis Police Department.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant charging LENEAL FRAZIER, JR. (hereinafter "FRAZIER") with carjacking, using, carrying, and brandishing a firearm during and in relation to a crime of violence (carjacking), and felon in possession of a firearm, in violation of Title 18, United States Code, Sections 2119, 924(c), 922(g)(1) and 924(a)(8).

3. This affidavit is based on multiple sources, including my personal knowledge, my training and experience, as well as information I have learned from other law enforcement officers and my review of reports and other written materials. This affidavit does not include all information I have learned through this investigation. Rather, it includes only the information I believe is sufficient to establish probable cause.

## PROBABLE CAUSE

4. The Federal Bureau of Investigation (FBI), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Internal Revenue Service Criminal Investigations (IRS), United States Postal Inspection Service (USPIS), Drug Enforcement Administration (DEA), United States Marshals Service (USMS),

2

Minneapolis Police Department (MPD), Hennepin County Sheriff's Office (HCSO), Minnesota Department of Corrections (DOC), Minnesota Bureau of Criminal Apprehension (BCA), and other law enforcement agencies are investigating gang activity in Minneapolis, including the Highs street gang. The Highs is a north Minneapolis criminal gang that engages in drug trafficking, firearm possession, and acts of violence.

5. The most prominent sects of the Highs are Young n Thuggin' (YNT), Freeshotz/Freeshots, Sayless, Taliban, Emerson Murder Boys ("EMB"), Body Gang, Black Mob, the Irv Boys, and the Tre Tre Crips. Some Highs members belong to more than one sect. However, Highs members of different sects are expected to come to the aid of each other. Furthermore, Highs members belonging to different sects often commit crimes with each other for the benefit of one another. An individual's membership in a particular sect is not exclusive, for example, an individual can be a member of both YNT and Freeshotz. Sometimes members or associates simply identify themselves as with the "Highs."

6. The Highs primary rivals are the Lows. The Lows is a gang that consists of multiple smaller sects. The Highs and the Lows are responsible for a large amount of violent crime to include shootings, homicides, robberies, and narcotics trafficking in the Minneapolis area. The Lows generally consider their territory to be south of West Broadway and the Highs generally considers

their territory to be north of West Broadway

7. The Highs have been feuding with the Lows since the murder of Christopher Little in May 2004. Little was a member of the 1-9 Dipset, a Lows gang. Since this murder, there have been hundreds of shootings and murders between these two entities. The victims of these shootings and murders have been members or associates of the criminal street gangs, as well as innocent adults and children who have had nothing to do with street gangs. These acts of violence have continued over the years and are currently happening in North Minneapolis.

8. I know based on conversation with other law enforcement, and evidence specific to this investigation, that FRAZIER is a member of the Sayless gang – a Highs sect.

9. According to Minnesota Bureau of Criminal Apprehension criminal history records, FRAZIER is prohibited from possessing firearms. Specifically, FRAZIER is prohibited from possessing firearms because he was certified as an adult and convicted of felon in possession of a firearm in 2020, (Hennepin County Case 27-CR-19-26817) which is a crime punishable by a term of imprisonment exceeding one year. In that case, FRAZIER received a sentence of 60 months' imprisonment.

10. On August 15, 2023, at approximately 10:30 a.m., Minneapolis Police Department 911 dispatch received a message from an unidentified

individual ("UI") who stated that the Facebook handle "Babychop Lyjaland" had just posted a video "an hour ago" which showed a black male, wearing a black hoodie with a scarf around his face, holding a firearm to the driver (hereinafter "Victim") of an unknown vehicle as the driver bled from his head. The UI reported that the man with the gun was making Victim say insulting comments about certain gangs. The UI stated that they believed the parties frequent North Minneapolis but did not provide any further information and wished to remain anonymous.

11. Law enforcement contacted the Hennepin County Criminal Information Sharing and Analysis Unit ("CISA") and the Minneapolis Strategic Information Center ("SIC"), who were able to confirm that the Facebook handle "Babychop Lyjaland" belonged to FRAZIER, and that the video was posted at approximately 8:20 a.m. Law enforcement observed that the armed male in the video was wearing a scarf that appeared to match a scarf that FRAZIER can be seen wearing in other photos posted to his Facebook page. Officers were also able to identify Victim as another individual known to law enforcement who is associated with the Lows.

12. Law enforcement captured the video. Upon review, Victim can be observed in the driver's seat of a vehicle. FRAZIER appears to be in the backseat behind him in the vehicle. Victim has a wound on his head and blood is dripping down the right side of his face. There is blood coming from the right

side of Victim's face and in his hair on his head. There is also blood dripping from his forehead where there appears to be another laceration. FRAZIER is a black male, thin build, wearing a black sweatshirt and a black and white scarf that covers most of his face except his forehead and eyes.



13. FRAZIER is apparently armed with a firearm, and at one point can be seen pointing it at Victim's head. FRAZIER ordered Victim to say, "fuck all my dead homies" and to individually call out certain known Lows members in an insulting manner. FRAZIER then makes a comment to the Victim about how he is naked in the car and the camera is pointed down at Victim's lower body, showing the fact that Victim is naked from the waist down. FRAZIER

6

then states, "Wipe that blood off yo face what happened? Don't tell em what happened." FRAZIER then continues to mock the Victim.



14.    It should be noted that Victim appears to be in distress. His chest is rising in the video, he talks quietly and listens to commands that FRAZIER gives him. The Victim appears to be in fear for his life. He periodically looks at the camera as FRAZIER is filming him. In the video, FRAZIER continuously references gang activity. FRAZIER also ask, "Hey how'd I catch you bro?" Victim responds, "Through a bitch. Caught me lackin." FRAZIER then prods further asking, "Nah how I catch you though, where I was at?" Victim responds, "Sittin in my shit." FRAZIER clarifies, "I was sittin in yo car? You a goofy...

You a Clown... you ain't even worth killin." Victim tells FRAZIER that it's all fake and that he's not a real "opp."

15. It should be noted that through my training and experience as a Minneapolis Police Officer, an "opp" is someone that is of the opposing gang. FRAZIER makes Victim say, "fuck Drako (currently unknown), fuck Lil' Nate (known to your affiant as N.H.), and fuck Bully (known to your affiant as S.A.)." N.H. and S.A. are murdered Lows gang members or associates.

16. In the video, FRAZIER open hand slaps Victim on the right side of his face, causing him to flinch and continues to berate him. FRAZIER asks Victim if he can have his car and Victim replies "yes." FRAZIER proceeds to question Victim about how much money he has and tells Victim he will use Victim's money to buy Victim a gun in a mocking manner.

17. FRAZIER demands that Victim remove his shirt and a firearm is visible in FRAZIER's hand in the frame. However, FRAZIER also forces Victim to agree that FRAZIER does not have a gun and states that he is robbing Victim with his "bare hands." After approximately six minutes the video cuts off abruptly.

18. Law enforcement learned that FRAZIER was on probation for his previous felony charge and was on GPS home monitoring at 6XX Lowry Ave. N.

19. Law enforcement obtained a state search warrant for 6XX Lowry Avenue North, Apartment 1XX. The search warrant was executed at approximately 4:00 p.m. A firearm, cell phones, the scarf FRAZIER was wearing on his face in the video, Victim's identification, and Victim's car keys were located inside the residence. Victim's vehicle (a grey Ford Escape SUV, with Minnesota Plate PGE893 and VIN 1FMCU0G97DUB85440) was located inside the attached garage. FRAZIER and his sister were the only two individuals inside the apartment. FRAZIER was placed under arrest.

20. I know that the Ford plant in Minnesota closed in 2011, and Fords manufactured after that date were manufactured outside of the state or even the country. Through open-source information, I determined that Ford Escapes are primarily manufactured at the Ford Louisville Assembly Plant in Louisville, Kentucky. Therefore, the Victim's vehicle, which was manufactured in 2013, necessarily would have been transported, shipped, and received in interstate commerce.

21. The firearm recovered from the apartment's entry closet was a loaded Glock Model 19 nine-millimeter pistol with an obliterated serial number and large capacity magazine. The Glock had similar characteristics to the pistol FRAZIER possessed in the Facebook video discussed above. An ATF nexus expert who examined the recovered firearm also saw a still shot of the gun from the video. He noted that based on his training and experience,

9

including carrying a Glock handgun on a daily basis for more than eight years, that the slide and frame seen in the video are consistent with Glock model firearms.

22.  I know based on my training, experience, and consultation with other law enforcement professionals, that Glock pistols are manufactured outside of the State of Minnesota and the Glock necessarily would have travelled in interstate commerce to arrive in Minnesota.

23.  Based on the above information, I submit there is probable cause to believe that FRAZIER committed the offenses of (1) carjacking, (2) using, carrying, and brandishing a firearm during and in relation to a crime of violence (carjacking), and (3) felon in possession of a firearm, all in violation of

Title 18, United States Code, Sections 2119, 924(c), 922(g)(1) and 924(a)(8) as further detailed in the accompanying criminal complaint.

Further your Affiant sayeth not.

                    David Ligneel
                    Task Force Officer
                    Federal Bureau of Investigation

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3) on
August 17, 2023:

Douglas L. Micko
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA